No. D–2358. IN RE DISCIPLINE OF BLACKWELL. Charles W. Blackwell, of Rock Hill, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 03M36. HITES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION; and

No. 03M38. ARIZPE v. MINETA, SECRETARY OF TRANSPORTATION, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for interim fees and expenses granted, and the Special Master is awarded a total of $127,458.35 for the period January 18 through November 20, 2003, to be paid equally by the parties. [For earlier order herein, see, e. g., ante, p. 1072.]

No. 129, Orig. VIRGINIA v. MARYLAND. Ralph I. Lancaster, Jr., Esq., of Portland, Me., the Special Master in this case, is hereby discharged with the thanks of the Court. [For earlier decision herein, see, e. g., ante, p. 56.] •

No. 02–1609. CITY OF LITTLETON, COLORADO v. Z. J. GIFTS D–4, L. L. C., DBA CHRISTAL'S. C. A. 10th Cir. [Certiorari granted, ante, p. 944.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 02–1624. ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. v. NEWDOW ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 945.] Motions of Ron Paul et al., Sandra Banning, American Civil Rights Union, and American Jewish Congress for leave to file briefs as amici curiae granted. JUSTICE SCALIA took no part in the consideration or decision of these motions.

No. 03–13. REPUBLIC OF AUSTRIA ET AL. v. ALTMANN. C. A. 9th Cir. [Certiorari granted, 539 U. S. 987.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 03–641. REGAL CINEMAS, INC., ET AL. v. STEWMON ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.